Richard S. Bower, petitioner; pro se. Herbert F. DeSimone, Attorney General, for respondent.

M. P. No. 1264. ANTHONY CARON et al. v. ZONING BOARD OF REVIEW OF THE TOWN OF CUMBERLAND. Motion for leave to file petition for writ of certiorari granted, writ to issue forthwith. Lavine & Sutherland, Pamela M. Macktaz, for plaintiffs-respondents. Corcoran, Foley, Flynn & Treanor, Francis R. Foley, for remonstrants-petitioners; Thomas J. Grady, for Cumberland Zoning Board of Review.

M. P. No. 1274. DAVID C. MONTEIRO v. FRANCIS A. HOWARD, Warden. Respondent directed to file answer to petition for habeas corpus and show cause, if any he has, why the writ should not issue as prayed, the answer to comply with Provisional Order No. 7. Alton W. Wiley, for petitioner. Herbert F. DeSimone, Attorney General, for respondent.

APPEAL No. 966. EMERY E. LAFRENIERE et ux. v. VERNON SPRAGUE et ux. Motion for leave to reargue denied. Edward M. Botelle, Z. Hershel Smith, for plaintiffs. Paul P. Pederzani, Jr., for defendants.

APPEAL No. 1069. VIOLA FEUTI v. ALLESANDRO FEUTI. Motion for leave to reargue denied. Alfred Factor, for petitioner. John Quattrocchi, Jr., for respondent.

APPEAL Nos. 1255, 1256, 1257. WILLIAM R. KEEFE v. JOSEPH J. MCARDLE et al. DONALD J. ROWLEY v. JOSEPH J. MCARDLE et al. JOHN A. BLINKHORN v. JOSEPH J. MCARDLE et al. Motion of defendant to dismiss appeal of plaintiff in each case is granted without prejudice. Samuel A. Olevson, for plaintiffs. Higgins, Cavanagh & Cooney, Bruce G. Tucker, for defendants.

January 19, 1971.

APPEAL Nos. 1255, 1256, 1257. WILLIAM R. KEEFE v. JOSEPH J. MCARDLE et al. DONALD J. ROWLEY v. JOSEPH J. MCARDLE et al. JOHN A. BLINKHORN v. JOSEPH J. MCARDLE et al. Order